An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES ANTHONY DAVIS,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 69057

**FILED**

NOV 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus challenging the denial of a motion to modify and/or correct an illegal sentence. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter because petitioner has an adequate legal remedy by way of an appeal from an order denying a motion to modify and/or correct an illegal sentence.[1] *See* NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

---

[1]We express no opinion as to whether petitioner can satisfy the timing requirements for filing a notice of appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34510

cc: Hon. William D. Kephart, District Judge
James Anthony Davis
Attorney General/Carson City
Eighth District Court Clerk